## 9948. HAMP, alias HAMILTON, *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial in this case contains the general grounds only. There is some evidence to support the verdict, which has the approval of the trial judge, and this court will not interfere.

    *Judgment affirmed. Broyles, P. J., and Stephens, J., concur.*

        DECIDED JANUARY 9, 1919.

Indictment for violation of prohibition law; from Jasper superior court—Judge Park. June 14, 1918.

*Greene F. Johnson,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.